IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00428-PSF-MEH

MICHAEL CRAIG,

    Plaintiff,

v.

LOCKHEED MARTIN CORPORATION, a Maryland corporation doing business in Colorado, and
LOCKHEED MARTIN TECHNICAL OPERATIONS, a California corporation doing business in Colorado,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 24, 2006.**

    Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint Pursuant to Fed.R.Civ.P. Rule 15(a) [Filed April 21, 2006; Docket #10] is **granted**.

    Utilizing the Court's Electronic Case Filing System, the Plaintiff is directed to file his Second Amended Complaint in the same form and substance as the proposed Second Amended Complaint submitted to the Court on April 21, 2006.