IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00428-PSF-MEH

MICHAEL CRAIG,

    Plaintiff,

v.

LOCKHEED MARTIN CORPORATION, a Maryland corporation doing business in Colorado, and
LOCKHEED MARTIN TECHNICAL OPERATIONS, a California corporation doing business in Colorado,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 14, 2006.**

    For good cause shown, and upon agreement of the parties, the Stipulated Motion for Protective Order [Filed November 10, 2006; Docket #34] is **granted.** The Stipulated Protective Order shall enter separately.